Name _Tiffany Flenaugh_

Prison Number _548695_

Place of confinement _Fairbanks Correctional Center_

Mailing address _1931 Eagan Street_

City, State, Zip _Fairbanks, AK 99701_

Telephone _(907) 458-6700_

RECEIVED

JAN 01 2021

Clerk, U.S. District Court
Fairbanks, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_Tiffany Jamil Flenaugh_ ,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Fairbanks Correctional Center_ ,

_____ ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. __4:21-cv-00001-RRB__

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Tiffany Flenaugh_ ,

(print your name)

who presently resides at _1931 Eagan Street Fairbanks, AK 99701_ ,

(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Fairbanks Correctional Center_ is a citizen of
_____(name)

_Alaska_, and is employed as a _Pretrial Dententuion Center/facility_.
___(state)                          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__✓__The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
_____(name)

_____, and is employed as a_____.
___(state)                          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____(name)

_____, and is employed as a_____.
___(state)                          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**\*\*\*REMINDER\*\*\***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about ___November 27, 2020___, my civil right to
_____Medical Care_____
(Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Medical of Fairbanks Correction center and DOC___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On the evening of November 27, 2020 there was a altercation that involved myself and another inmate, where i fell and injured my right pinky while in DOC custody. I did not recieve medical attention the day of the event, and later was told that "inmate Flenavan declined" medical attention. This is a falsified statement i immediately asked for medical attention, and told by nurse to fill out a "Request for Interview Form" in order to retreive medical attenion. I immedeately filled out an RFI stating "my damn pinky is broke & i need a x-ray, Thank you, ASAP." I was not seen by a nurse until December 04, 2020; i was made a homemade splint and sent back to housing area (in Segregation). On December 07, 2020 i was sent to Health and Rehabilitation Servies where Catherine Sunderland x-rayed my right pinky. I then discovered my pinky was fractured; one of the bones. On December 19, 2020 i put in another RFI asking if i had been approved to see an orthopedic about my fractured pinky, i was notified i had been approved. It is now December 28th, 2020 and i have yet to see an orthopedic. This infraction has caused major damage to my pinky. This infraction was dragged out and medical care was not provided in a timely fashion causing my pinky to heal through the fracture. This infraction is negligent in many ways as stated above from November 27, 2020 to present. Due to the customs used i am unable to bend my pinky normally.

<u>Claim 2</u>: On or about _____, my civil right to
(Date)

_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List <b>only one</b> violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Claim 3: On or about _____ , my civil right to

(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom<br>from cruel and unusual punishment, etc. List <strong>only one</strong> violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes ___✓___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes ___✓___ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
8801, Nov. 2013

Case 4:21-cv-00001-RRB   Document 1   Filed 01/01/21   Page 6 of 8

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** __✓__ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: Yes, the women in this facility are unpredictable everyday since infraction i am in fear; serious physical injury.

_____

_____

Prisoner § 1983 - 7
8601, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $ _18,000.00 - 70,000.00_

3. An order requiring defendant(s) to _~~Prem~~ permenant damages in amount of 38,000.00_

4. A declaration that_____

5. Other: _A State of Alaska Memorandum should have been posted informing inmates that there would be a delay in medical care._

Plaintiff demands a trial by jury. _____ Yes ___✓___ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Fairbanks Correction Center, Alaska_ on _12/28/2020_
        (Location) _99701_            (Date)

_____
        (Plaintiff's Signature)


_____     _____
Original Signature of Attorney (if any)           (Date)


_____

_____

_____

Attorney's Address and Telephone Number